■ GARY MELLOR et al., Appellants, v VILLAGE OF ELMSFORD, NEW YORK, Respondent. [956 NYS2d 540]—

The injured plaintiff fell as he stepped off a sidewalk into a roadway and tripped over an allegedly defective curb. The prior written notice requirement of Village Law § 6-628 was applicable to the curb (*see Krausch v Incorporated Vil. of Shoreham*, 87 AD3d 715 [2011]; *Dailey v Village of Nyack*, 78 AD3d 882 [2010]; *Zigman v Town of Hempstead*, 120 AD2d 520 [1986]; *Skelly v Village of Port Chester*, 6 AD2d 717 [1958]). On its motion for summary judgment, the defendant established its prima facie entitlement to judgment as a matter of law on the ground that it did not receive prior written notice of the alleged defect. In opposition, the plaintiffs failed to raise a triable issue of fact (*see James v City of New Rochelle*, 282 AD2d 503 [2001]).

Accordingly, the defendant's motion for summary judgment dismissing the complaint was properly granted. Eng, P.J., Angiolillo, Sgroi and Hinds-Radix, JJ., concur.